IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BROOKS,** | Case No. 3:25-cv-00720-CRB |
| Plaintiff, | **[PROPOSED]** ~~**PROPOSED**~~ **ORDER** |
| v. | |
| **BERRY,** | |
| Defendant. | |

**GOOD CAUSE APPEARING**, Defendants' Motion to Change Time to File an Answer of Waiver of Reply is **GRANTED**. Defendants' answer or waiver of reply is due by December 20, 2025.

Dated: ~~December 2, 2025~~

_____
The Honorable Charles R. Breyer