IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BROOKS,** | Case No. 3:25-cv-00720-CRB |
| Plaintiff, | [~~PROPOSED~~] **ORDER** |
| v. | |
| **BERRY,** | |
| Defendant. | |

GOOD CAUSE APPEARING, Defendants' Motion to Change Time to File J. Fernandez's answer or waiver of reply is GRANTED. J. Fernandez's answer or waiver of reply is due by January 10, 2026.

Dated: December 31, 2025



The Honorable Charles R. Breyer