UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN BROOKS, K16234.

Plaintiff,

v.

GUIMMARA BERRY, et al.,

Defendant(s).

Case No. 25-cv-00720-CRB  (PR)

**ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED WAIVER OF REPLY**

(ECF Nos. 23 & 24)

Good cause appearing therefor, defendants' motion for leave to file an amended waiver of reply (ECF No. 24) is GRANTED and plaintiff's motion to require defendants to reply (ECF No. 23) is DENIED.  Defendants shall file an amended waiver of reply within seven days of this order.

The clerk shall terminate the motions appearing on ECF as items number 23 and 24.

**IT IS SO ORDERED**.

Dated: January 29, 2026

_____

CHARLES R. BREYER
United States District Judge