IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BROOKS,**<br>Plaintiff,<br>**v.**<br>**BERRY,**<br>Defendant. | Case No. 3:25-cv-00720-CRB<br>**~~[PROPOSED]~~ ORDER** |

GOOD CAUSE APPEARING, Defendants' Motion to Change Time to Respond to Plaintiff's Second Amended Complaint is GRANTED. Defendants' response to Plaintiff's Second Amended Complaint is due by September 3, 2026.

Dated: August 26, 2026

The Honorable Charles R. Breyer