UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN BROOKS, K16234,

Plaintiff,

v.

GUIMMARA BERRY, et al.,

Defendant(s).

Case No. 25-cv-00720-CRB (PR)

**ORDER SETTING BRIEFING SCHEDULE**

On September 3, 2026, defendants filed a motion to dismiss in part plaintiff's Second Amended Complaint (SAC). Plaintiff shall file a response to the motion to dismiss by October 5, 2026, and defendants shall file a reply within 14 days of the date on which plaintiff's response is filed on the court's electronic docket, ECF.

**IT IS SO ORDERED**.

Dated: September 9, 2026

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California