UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN BROOKS, K16234,

Plaintiff,

v.

GUIMMARA BERRY, et al.,

Defendant(s).

Case No. 25-cv-00720-CRB (PR)

**ORDER REQUESTING RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION/TEMPORARY RESTRAINING ORDER**

(ECF No. 35)

On August 10, 2026, plaintiff filed a Second Amended Complaint (SAC) under 42 U.S.C. § 1983 and 28 U.S.C. § 1367, and two days later, on August 12, 2026, a motion for preliminary injunction/temporary restraining order (TRO). Defendants filed a motion to dismiss in part plaintiff's SAC but have not filed a response to plaintiff's motion for preliminary injunction/TRO.

Defendants shall file a response to plaintiff's motion for preliminary injunction/TRO (ECF No. 35) within 28 days of this order and plaintiff may file a reply within 14 days thereafter.

**IT IS SO ORDERED**.

Dated: October 9, 2026

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California