UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN BROOKS, K16234,

Plaintiff,

v.

GUIMMARA BERRY, et al.,

Defendants.

Case No. 3:25-cv-00720-CRB

**~~[PROPOSED]~~ ORDER GRANTING *EX PARTE* APPLICATION FOR PERMISSION TO APPEAR IN LIMITED SCOPE AS COUNSEL FOR PLAINTIFF**

Action Filed: January 22, 2025

**~~[PROPOSED]~~ ORDER**

This matter comes before the Court on the *Ex Parte* Application of Thomas D. Stout and Morgan O. Mitruka for Permission to Appear in Limited Scope as Counsel for Plaintiff. Having considered the application and supporting declaration, and good cause appearing, the Court finds that the appearance of counsel in limited scope is warranted to assist Plaintiff in connection with taking discovery in this matter.

Accordingly, IT IS HEREBY ORDERED that DWT's *Ex Parte* Application for Permission to Appear in Limited Scope as Counsel for Plaintiff is GRANTED. DWT shall appear as counsel to represent Plaintiff for the limited purpose of discovery, including sending and responding to written discovery, taking depositions, and participating in discovery-related motion practice. This application is granted without prejudice to Plaintiff and counsel agreeing to extend pro bono representation if they choose to do so.

Dated: October 23, 2026

The Honorable Charles R. Breyer