IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BROOKS,**<br>Plaintiff,<br>**v.**<br>**BERRY,**<br>Defendant. | Case No. 3:25-cv-00720-CRB<br>**[~~PROPOSED~~] ORDER** |

GOOD CAUSE APPEARING, Defendants' Motion to Change Time to Oppose Plaintiff's Motion for a Preliminary Injunction or Temporary Restraining Order is GRANTED. Defendants' opposition to Plaintiff's motion is due by November 13, 2026.

Dated: November 12, 2026

The Honorable Charles R. Breyer